CSD 1170 [10/17/05]
Name, Address, Telephone No. & I.D. No.
Linda S. Klinger, Esq.    SBN 249233
KLINGER LAW CENTER
3456 Camino Del Rio N. STE 208
San Diego, CA 92108
T: 619-516-1601  F: 866-635-1485
Linda@klingerlawcenter.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Waggerby, Patricia and Warren

BANKRUPTCY NO. 09-12481

Debtor.

## NOTICE OF MODIFIED CHAPTER 12 PLAN
## PRIOR TO CONFIRMATION

TO:   All Interested Parties

     YOU ARE HEREBY NOTIFIED that the attached Modified Chapter 12 Plan of the above-named Debtor(s) dated  5/10/2010   has been filed with the Court under the provisions of 11 U.S.C. §1323 whereupon the Plan as modified became the Plan of the Debtor(s) and will be considered at the

    [  ]  §341(a) Meeting of Creditors[1] or

    [ ✓ ]  Confirmation Hearing now set for June 30, 2010_____, at _11:00 a_.m., in Department No._ 3 _, Room ___129___, of the Jacob Weinberger United States Courthouse, located at 325 West "F" Street, San Diego, California 92101-6991.

     YOU ARE FURTHER NOTIFIED that 11 U.S.C. §1323(c) provides that: *"Any holder of a secured claim that has accepted or rejected the plan is deemed to have accepted or rejected, as the case may be, the plan as modified, unless the modification provides for a change in the rights of such holder from what such rights were under the plan before modification, and such holder changes such holder's previous acceptance or rejection."*

     Any opposition or other response to the Modified Chapter 12 Plan must be served upon the undersigned, the debtor, and the Chapter 12 trustee, and the original and one copy of such papers with proof of service must be filed with the Clerk of the United States Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991.

DATED: 5/11/2010

                                      /s/ Linda S. Klinger_____
                                            [Attorney for] Debtor

---

[1]§341(a) Meeting set for _____ at _____.m., at _____

**IF MODIFYING PLAN <u>AFTER</u> CONFIRMATION PER §1329, USE LOCAL FORM CSD 1149.**
CSD 1170

CSD 1170 (Page 2) [10/17/05]

CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all time hereinafter mentioned was, more than 18 years of age;

That on 11 day of May 2010, I served a true copy of the within NOTICE OF MODIFIED CHAPTER 12 PLAN PRIOR TO CONFIRMATION by [describe here mode of service]:

USPS Postage Pre-Paid

on the following persons [set forth name and address of each person served] and/or as checked below:

| [ ] | For ODD numbered Chapter 12 cases:<br>THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>530 "B" Street, Suite 1500<br>San Diego, CA 92101 | [ ] | For Chapter 12 cases:<br>DAVID L. SKELTON, TRUSTEE<br>525 "B" Street, Suite 1430<br>San Diego, CA 92101-4507 |
|---|---|---|---|

See Attached Service List

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 5/10/2010
(Date)

Ashley Michael  /s/ Ashley Michael
(Typed Name and Signature)

3456 Camino Del Rio N. STE 208
(Address)

San Diego, CA 92108
(City, State, ZIP Code)

CSD 1170

SERVICE LIST

| | | |
|---|---|---|
| Honorable Judge Laura S. Taylor<br>Jacob Weinberger U.S.Courthouse<br>325 West F Street, Chamber 3, Room 129<br>San Diego, California 92101 | Bank Of America<br>Po Box 17054<br>Wilmington, DE 19850 | Chase<br>Po Box 15298<br>Wilmington, DE 19850 |
| Chase - Cardmember Service<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850 | Grangetto's Farm and Garden Supply<br>P.O. Box 463095<br>Escondido,, CA 92046-3095 |
| Jason Hamilton<br>10889 San Gabriel Way<br>Valley Center,, CA 92082 | Sears/cbsd<br>Po Box 6189<br>Sioux Falls, SD 57117 | Verizon Cellular<br>P.O. Box 96088<br>Bellevue, WA 98009 |
| Welk Resort Villas on the GreenTimeshare<br>100 E. San Marcos Blvd Suite 110<br>San Marcos, CA 92069 | Wells Fargo<br>Po Box 60510<br>Los Angeles, CA 90060 | Wells Fargo Bank<br>3300 W Sahara Ave<br>Las Vegas, NV 89102 |
| Wells Fargo Bank N A<br>Po Box 31557<br>Billings, MT 59107 | Wells Fargo Home Mtg<br>Attn: Bankruptcy Department<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715 | Donald L. Smith<br>2805 Cummins Lane<br>Medford, OR 97501 |
| Marvin Smith<br>11612 CR 44<br>Mancos, CO 81328 | UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 9 2101 | |