# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | PATRICIA LEAH WAGGERBY & WARREN TURNER WAGGERBY DDS |
| **Case Number:** | 09-12481-LT12         **Chapter:** 12 |
| **Date / Time / Room:** | WEDNESDAY, JUNE 30, 2010 11:00 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | JENNIFER PURKEY |
| **Reporter / ECR:** | CONNIE MIHOS |

### Matters:

1) HEARING RE: APPROVAL OF CHAPTER 12 PLAN OF REORGANIZATION (fr 4/27/10)

2) MOTION TO DENY CONFIRMATION, MOTION TO DISMISS BANKRUPTCY CASE CHAPTER 12 CASE PURSUANT TO SEC.1208 AND FOR 503(B) FEES FILED BY DAVID L. SKELTON

### Appearances:

LINDA S. KLINGER, ATTORNEY FOR PATRICIA LEAH WAGGERBY, WARREN TURNER WAGGERBY DDS

### Disposition:

1 & 2) Plan confirmed as outlined in open court contingent upon plan payments being current by 7/21/10.  If payments are not brought current, case to be dismissed.  Order to be submitted by: Klinger