Linda S Klinger, 249233
Klinger Law Center
3456 Camino Del Rio N. Ste 208
San Diego, CA 92108
T 619-516-1601
F 866-635-1485

**Attorney for Debtor(s)**

**United States Bankruptcy Court**
**Southern District of California**

In Re:

Patricia Leah and
Warren Turner Wiggerby

Debtor(s)

Bankruptcy No: 09-12481 LT12

Hearing Date: 6/30/10

Hearing Time: 11:00 am

Hearing Dept: 3

## PRE-CONFIRMATION MODIFICATION TO CHAPTER 13 PLAN

Chapter 12 Plan Modification Dated: 6/30/10 .

The Chapter 12 Plan dated 5/10/2010 , shall be modified as follows:

☐ Plan payment Debtor pays to the Trustee is increased to $_____.

☐ General unsecured creditors will receive the greater of _____% or a pro rata share of $_____.

☐ The interest for_____ in Paragraph _____ shall be _____ %APR.

☐ The filed and allowed unsecured claims shall be paid _____% annual percentage rate of interest.

☒ P10 is amended to add: Debtor shall pay no less than $28,000 pro-rata to unsecured creditors and trustee can increase % to ensure payment of $28,000.

☐ _____

Except as hereinabove amended, the above referenced Plan shall remain in full force and effect. This amendment is not effective unless signed by the Chapter 13 Trustee/Trustee's Attorney.

Acknowledged and Agreed:

X _____
Debtor(s) or Debtor(s) Attorney
(By signing, attorney represents he/she is authorized to sign on behalf of client.)

Dated: 6/30/2010

X _____
Chapter 13 Trustee/Trustee's Attorney.

CHAPTER 12

Dated: 6/30/10