CSD 1177 [05/20/10]
Name, Address, Telephone No. & I.D. No.

Linda S. Klinger, 249233
3456 Camino Del Rio N, Ste 208
San Diego, CA 92108
T 619-516-1601  F 866-635-1485

Order Entered on
October 13, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Patricia and Warren Waggerby

BANKRUPTCY NO. 09-12481-LT12

Debtor.

## APPLICATION FOR COMPENSATION AND CONFIRMATION OF CHAPTER 12 PLAN; AND ORDER THEREON

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted.

//
//
//
//
//
//

DATED: October 12, 2010

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Judge, United States Bankruptcy Court

Submitted by:

Klinger Law Center
(Firm name)

By: /s/ Linda S. Klinger
     Attorney for Debtor(s)

CSD 1177

CSD 1177 [11/03/08] (Page 2)
APPLICATION FOR COMPENSATION AND CONFIRMATION OF CHAPTER 13 PLAN; AND ORDER THEREON
DEBTOR: MICHAEL GUMINSKI AND MELISSA ORLEN                              CASE NO. 09-04446

I. APPLICATION FOR CONFIRMATION AND ALLOWANCE OF COMPENSATION:

The Undersigned attorney for the above-referenced Debtor(s):

A. Represent that the Section 341(a) meeting is concluded in this chapter 12 case and that the Debtor(s) Plan, as that term is defined in paragraph II(A) below, complies with Section 1222 and 1225(a) of the Bankruptcy Code.

B. Represents that a Rights and Responsibility Statement was signed by the Debtor(s) and filed in this chapter 12 case on 8/21/2009.

C. Requests that this court:
   i. Confirm the Debtor(s) Plan.

II. ORDER CONFIRMING DEBTOR(S) PLAN AND ALLOWING ATTORNEYS FEES

Upon Considering the foregoing application, IT IS HEREBY ORDERED THAT:

A. The debtor(s) plan dated 5/10/2010 and, if applicable, as amended by pre-confirmation modification(s) dated 6/30/2010 ("Debtor(s) Plan") is confirmed.

C. Consistent with Paragraph 1B of the Debtor(s) Plan entered on 11/20/2009 (Docket #28) and the Court's order entered 1/26/2010 (Docket #49)
   1) The second trust deed of Wells Fargo Bank, NA its successors and/or assigns ("Creditors") shall be allowed as a non-priority general unsecured claim.

   2) Upon Completion of the Plan and Debtor's Discharge, the debt to Creditor secured by the second trust deed shall be deemed fully satisfied and Creditor shall take all steps necessary and appropriate to reconvey and release the second trust deed against the home.

Approved as to form and content by Chapter 13 Trustee submission of this Order:

/s/David L. Skelton

CSD 1177

*Signed by Judge Laura Stuart Taylor October 12, 2010*