CSD 1160 [05/15/03]
Name, Address, Telephone No. & I.D. No.
Everett G. Barry, Jr./CSB #053119
Tina M. Pivonka/CSB #090268
Kelly Ann Tran/CSB #254476
Mulvaney, Kahan & Barry LLP
401 West A Street, 17th Floor
San Diego, CA 92101
Phone: 619-238-1010
Fax: 619-238-1981

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Patricia Leah Waggerby and Warren Turner Waggerby DDS,
                                                    Debtor.

BANKRUPTCY NO. 09-12481-LT12

Wells Fargo Bank, N.A.,
                                                    Moving Party

RS NO. MKB-1

Patricia Leah Waggerby and Warren Turner Waggerby DDS,
Debtors; David L. Skelton, Chapter 12 Trustee,
                                                    Respondent(s)

## MOTION FOR RELIEF FROM AUTOMATIC STAY
☐ REAL PROPERTY    ☒ PERSONAL PROPERTY

Movant in the above-captioned matter moves this Court for an Order granting relief from the automatic stay on the grounds set forth below.

1. A Petition under Chapter  ☐ 7  ☐ 11  ☒ 12  ☐ 13 was filed on 08/21/2009.

2. Procedural Status:
   a. ☒ Name of Trustee Appointed (if any): David L. Skelton
   
   b. ☐ Name of Attorney of Record for Trustee (if any):
   
   c. ☐ (Optional) Prior Filing Information:
      Debtor has previously filed a Bankruptcy Petition on: _____
      If applicable, the prior case was dismissed on: _____
   
   d. ☒ (If Chapter 12 case): Chapter 12 Plan was confirmed on 10/13/2010 ___ or a confirmation hearing is set for ___.

Movant alleges the following in support of its Motion:

1. ☐ The following real property is the subject of this Motion:
   a. Street address of the property including county and state:
   
   b. Type of real property (e.g., single family residence, apartment building, commercial, industrial, condominium, unimproved):
   
   c. Legal description of property is attached as Exhibit A.

CSD 1160

American LegalNet, Inc.
www.FormsWorkflow.com

CSD 1160 (Page 2) [05/15/03]

    d. If a chapter 11 or 13 case and if non-payment of any post-petition payment is a ground for relief, attach the accounting required by Local Bankruptcy Rule 4001-2(a)(4) as Exhibit B.

    e. *Fair market value of property as set forth in the Debtor's schedules: $ _____

    f. *Nature of Debtor's interest in the property:

2. ☒ The following personal property is the subject of this Motion (describe property):
2008 Toyota Hybrate/Prius 4DR Hatchback, Vehicle Identification Number JTDKB20U187701263

    a. Fair market value of property as set forth in the Debtor's schedules: $ 18,445.00.

    b. Nature of Debtor's interest in the property: Community Property

3. *Fair market value of property according to Movant: $ 18,445.00.

4. *Nature of Movant's interest in the property: Lienholder

5. *Status of Movant's loan:
    a. Balance owing on date of Order for Relief:    $ 24,235.37
    b. Amount of monthly payment:    $ 581.38
    c. Date of last payment:    11/27/2009
    d. If real property,
        i. Date of default:
        ii. Notice of Default recorded on:
        iii. Notice of Sale published on:
        iv. Foreclosure sale currently scheduled for:
    e. If personal property,
        i. Pre-petition default: $ _____    No. of months: 0
        ii. Post-petition default: $ 12,208.98    No. of months: 21

6. (If Chapter 13 Case, state the following:)
    a. Date of post-petition default:
    b. Amount of post-petition default:    $ _____

7. Encumbrances:
    a. Voluntary encumbrances on the property listed in the Schedules or otherwise known to Movant:

| Lender Name | Principal Balance | (IF KNOWN) Pre-Petition Arrearages Total Amount - # of Months | Post-Petition Arrearages Total Amount - # of Months | |
|---|---|---|---|---|
| 1st: Movant | $24,235.37 | | 21 months | $12,208.98 |
| 2nd: | | | | |
| 3rd: | | | | |
| 4th: | | | | |
| Totals for all Liens: | $ 24,235.37 | $ | $ | 12,208.98 |

    b. Involuntary encumbrances of record (e.g., tax, mechanic's, judgment and other liens, lis pendens) as listed in schedules or otherwise known to Movant:
        ☐ See attached page, if necessary.

*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a)(5).
CSD 1160

American LegalNet, Inc.
www.FormsWorkflow.com

8. Relief from the automatic stay should be granted because:

    a. ☒ Movant's interest in the property described above is not adequately protected.

    b. ☒ Debtor has no equity in the ☐ real property ☒ personal property described above and such property is not necessary to an effective reorganization.

    c. ☐ The property is "single asset real estate", as defined in 11 U.S.C. § 101(51B), and 90 days (or _____ days as ordered by this court) have passed since entry of the order for relief in this case, and

        i. the Debtor/Trustee has not filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; and

        ii. the Debtor/Trustee has

            (1) ☐ not commenced monthly payments to each creditor whose claim is secured by the property (other than a claim secured by a judgment lien or by an unmatured statutory lien), or

            (2) ☐ commenced payments, but such payments are less than an amount equal to interest at a current fair market rate on the value of each creditors' interest in the property.

    d. ☒ *Other cause exists as follows (specify): ☐ See attached page.
Pursuant to the Debtors' Amended Chapter 12 Plan, the Collateral is to be surrendered.

When required, Movant has filed separate Declarations pursuant to Local Bankruptcy Rule 4001-2(a)(5) and (6).

Movant attaches the following:

1. ☒ Other relevant evidence:
Declaration of Carmen Chak.

2. ☐ (Optional) Memorandum of points and authorities upon which the moving party will rely.

WHEREFORE, Movant prays that this Court issue an Order granting the following:

☒ Relief as requested.

☒ Other:
Waiver of Stay Under 4001(a)(3).

Dated: July 18, 2011

                          /s/ Kelly Ann Tran
                          [Attorney for] Movant
                          Kelly Ann Tran