CSD 1162 [08/22/03]

Name, Address, Telephone No. & I.D. No.
Everett G. Barry, Jr./CSB #053119
Tina M. Pivonka/CSB #090268
Kelly Ann Tran/CSB #254476
Mulvaney, Kahan & Barry LLP
401 West A Street, 17th Floor
San Diego, CA 92101
Phone: 619-238-1010
Fax: 619-238-1981

Order Entered on
August 03, 2011
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| In Re<br>Patricia Leah Waggerby and Warren Turner Waggerby DDS,<br><div align="right">Debtor.</div> | BANKRUPTCY NO. 09-12481-LT12 |
|---|---|
| Wells Fargo Bank, N.A.,<br><div align="right">Moving Party</div> | RS NO. MKB-1 |
| Patricia Leah Waggerby and Warren Turner Waggerby DDS, Debtors; David L. Skelton, Chapter 12 Trustee,<br><div align="right">Respondent(s)</div> | |

## ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☐ REAL PROPERTY  ☒ PERSONAL PROPERTY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through (2) with exhibits, if any, for a total of 2 pages, is granted. Motion Docket Entry No. 107

//
//
//
//

DATED: August 03, 2011

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Mulvaney, Kahan & Barry LLP
(Firm name)

By: /s/ Kelly Ann Tran
    Attorney for Movant
    Kelly Ann Tran

CSD 1162

American LegalNet, Inc.
www.FormsWorkflow.com

CSD 1162 [08/22/03] (Page 2)
ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: Patricia Leah Waggerby and Warren Turner Waggerby DDS     CASE NO: 09-12481-LT12
                                                                   RS NO.: MKB-1

The Motion of Wells Fargo Bank, N.A.,

("Movant"), for relief from the automatic stay having been filed with the above-entitled court on 07/18/2011, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No. 109, if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on 07/18/2011, and

- ☒ Debtor *(Name):* Patricia Leah Waggerby and Warren Turner Waggerby DDS
- ☒ Debtor's Attorney *(Name):* Linda S. Klinger
- ☒ Trustee *(Name):* David L. Skelton
- ☒ United States Trustee (in Chapter 11 & 12 cases), and
- ☒ Others, if any *(Name):* Chase Bank USA, NA; Recovery Management Systems Corporation

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. ☐ The following real property:

    a. Street address of the property including county and state:

    b. Legal description is ☐ attached as Exhibit B or ☐ described below:

2. ☒ The following personal property as described ☒ below or ☐ in Exhibit B attached:
   2008 Toyota Hybrate/Prius 4DR Hatchback, Vehicle Identification Number JTDKB20U187701263

IT IS FURTHER ORDERED that *(Optional):*
The Stay Under 4001(a)(3) is Waived.

CSD 1162

American LegalNet, Inc.
www.FormsWorkflow.com

*Signed by Judge Laura Stuart Taylor August 03, 2011*